IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER WILLIAMS, ) | No. C 07-4661 JSW (PR) |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| CALIFORNIA BOARD OF PRISON ) | |
| TERMS and DEBRA STAR, ) | |
| ) | |
| Defendants. ) | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim upon which relief could be granted.

IT IS SO ORDERED.

DATED: January 25, 2008

　　　　　　　　　　　　　　　*Jeffrey S. White*
　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

LESTER WILLIAMS,

        Plaintiff,

  v.

CA BOARD OF PRISON TERMS et al,

        Defendant.

                              /

Case Number: CV07-04661 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lester L. Williams
E09481
P.O. Box 20
Tracy, CA 95378-0600

Dated: January 25, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk